UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdul Shariff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>- against -<br><br>Daniel Mirkin, Lauren Mirkin and Mirkin Vision Care P.C.<br><br>Defendants | **STIPULATION OF DISCONTINUANCE**<br><br><br>11cv1497 (CBA)(SMG) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: North Bellmore, New York
October 4, 2011

JAMES E. BAHAMONDE, P.C.

By: _____

James E. Bahamonde (JB6708)
**Attorney for Plaintiff**
2501 Jody Court
North Bellmore, NY 11710
Tel: (516) 783-9662

LAW OFFICES OF JOSEPH TRAINOR & ASSOCIATES

By: _____

Robert J. Cristiano
**Attorneys for Defendants**
124 Front Street, Ste. 202
Massapequa Park, NY 11762
Tel: 516-541-4200

SO ORDERED:
October 6, 2011

s/CBA
_____
USDJ

5